IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| USANI ONUN EWAH, | § |
| Petitioner, | § § § |
| v. | §   Civil Action No. 3:20-cv-00855-O-BK |
| UNITED STATES OF AMERICA, | § § § |
| Respondent. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 7), issued on April 21, 2020. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

**SO ORDERED** on this **14th day** of **May, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1